NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MOPHIE INC, a California corporation,**
*Plaintiff-Appellant*

v.

**DHARMESH SHAH, an individual, aka David Shah, dba Source Vista, SERVE GLOBAL, LLC, a Texas limited liability company, dba Sourcevista.com,**
*Defendants-Cross-Appellants*

**LIVINGSOCIAL, INC., a Delaware corporation,**
*Defendant-Appellee*

2015-1559, -1581

Appeals from the United States District Court for the Central District of California in No. 8:13-cv-01321-DMG-JEM, Judge Dolly M. Gee.

## O R D E R

mophie, Inc. notifies the court that the district court ruled on the parties' post-judgment motions and entered an amended final judgment and permanent injunction.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of the briefing schedule is lifted. mophie's opening brief is due no later than 45 days from the date of filing of this order. Due dates for subsequent briefs and the joint appendix are to be calculated according to Federal Circuit Rules 30 and 31.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32