**Nos. 2015-1559, -1581
2016-1468, -1469, -1482**

IN THE
# United States Court of Appeals
**FOR THE FEDERAL CIRCUIT**

MOPHIE, INC., a California corporation,

*Plaintiff - Appellant,*

*v.*

DHARMESH SHAH, an individual, SERVE GLOBAL, LLC, a Texas limited liability company, LIVINGSOCIAL, INC., a Delaware corporation,

*Defendants - Cross-Appellants*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA IN
CASE NO. 8:13-cv-01321-DMG-JEM, JUDGE DOLLY M. GEE

**JOINT MOTION FOR DISMISSAL OF APPEALS**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Plaintiff-Appellant mophie, Inc. and Defendants–Cross-Appellants Dharmesh Shah, Serve Global, LLC, and LivingSocial, Inc., by and through their respective counsel of record, hereby jointly move to dismiss the above-captioned appeals in their entirety, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 24, 2016     By: /s/ *Sheila N. Swaroop*
       Steven J. Nataupsky
       Paul A. Stewart
       Sheila N. Swaroop
       **KNOBBE, MARTENS, OLSON & BEAR, LLP**
       2040 Main Street, 14th Floor
       Irvine, CA 92614
       (949) 760-0404

*Attorneys for Plaintiff - Appellant*
MOPHIE, INC.

ADLI LAW GROUP P.C.

Dated: February 24, 2016     By: /s/ *Bernard C. Jasper*
       Dariush G. Adli
       Bernard C. Jasper
       **ADLI LAW GROUP P.C.**
       444 S. Flower St., Suite 3100

1

Los Angeles, CA 90071
(213) 623-6547

*Attorneys for Defendants – Cross-Appellants*
DHARMESH SHAH and
SERVE GLOBAL, LLC


LOEB & LOEB LLP
DUNLAP CODDING, PC


Dated:  February 24, 2016     By:  /s/ *Laura A. Wytsma*
                                              Laura A. Wytsma
                                              **LOEB & LOEB LLP**
                                              10100 Santa Monica Blvd., Suite 2200
                                              Los Angeles, CA 90067
                                              (310)  282-2000

                                              Jordan A. Sigale
                                              **DUNLAP CODDING, PC**
                                              225 W Washington St., Suite 2200
                                              Chicago, IL 60606
                                              (312) 651-6744

                                              *Attorneys for Defendant – Cross-Appellant*
                                              LIVINGSOCIAL, INC.

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant mophie, Inc. hereby certifies the following:

1. The full name of every party represented by me is:

   mophie, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

   N/A

4. The name of all law firms and the partners or associates that appeared for the party now represented by me in the agency or are expected to appear in this Court are:

   Knobbe, Martens, Olson & Bear, LLP: Steven J. Nataupsky, Paul A. Stewart, Sheila N. Swaroop, Marko R. Zoretic, and Nicole Rossi Townes

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 24, 2016    By: /s/ *Sheila N. Swaroop*
                                 Sheila N. Swaroop

*Attorney for Plaintiff-Appellant*
MOPHIE, INC.

# CERTIFICATE OF INTEREST

Counsel for Defendants – Cross-Appellants Dharmesh Shah and Serve Global, LLC hereby certifies the following:

1. The full name of every party represented by me is:

    Dharmesh Shah A.K.A. David Shah D/B/A Source Vista; Serve Global, LLC D/B/A Sourcevista.com

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Dharmesh Shah A.K.A. David Shah D/B/A Source Vista; Serve Global, LLC D/B/A Sourcevista.com

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

    N/A

4. The name of all law firms and the partners or associates that appeared for the party now represented by me in the agency or are expected to appear in this Court are:

    ADLI LAW GROUP P.C., Dariush Adli, Bernard C. Jasper, Hanwei Cheng; Drew Sherman; Scott McPherson

    ADLI LAW GROUP P.C.


Dated: February 24, 2016　　　By: /s/ *Bernard C. Jasper*
　　　　　　　　　　　　　　　　Dariush G. Adli
　　　　　　　　　　　　　　　　Bernard C. Jasper

　　　　　　　　　　　　　　　　*Attorney for Defendants – Cross-Appellants*
　　　　　　　　　　　　　　　　DHARMESH SHAH and
　　　　　　　　　　　　　　　　SERVE GLOBAL, LLC

# CERTIFICATE OF INTEREST

Counsel for Defendant – Cross-Appellant LivingSocial, Inc. hereby certifies the following:

1. The full name of every party represented by me is:

    LivingSocial, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    LivingSocial, Inc.

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

    LivingSocial, Inc. hereby states that it has no parent corporation. It further identifies any publicly held corporation owning 10% or more of its stock: Amazon.com, Inc. - Through its directly or indirectly wholly owned subsidiary Amazon.com NV Investment Holdings LLC, Amazon.com, Inc. owns over 10% of LivingSocial's stock on a voting basis and over 10% of LivingSocial, Inc.'s stock on a fully-diluted basis. Amazon.com, Inc. is a publicly traded corporation.

4. The name of all law firms and the partners or associates that appeared for the party now represented by me in the agency or are expected to appear in this Court are:

    Dunlap Codding: Jordan A. Sigale; Loeb & Loeb, LLP: Laura A. Wytsma

    LOEB & LOEB, LLP


Dated: <u>February 24, 2016</u>     By: <u>/s/ *Laura A. Wytsma*</u>
                                        Laura A. Wytsma

                                        *Attorney for Defendant – Cross-Appellant*
                                        LIVINGSOCIAL, INC.

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on _____February 24, 2016_____
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

_____Sheila N. Swaroop_____   _____/s/ Sheila N. Swaroop_____
Name of Counsel                  Signature of Counsel

| | |
|---|---|
| Law Firm | Knobbe, Martens, Olson & Bear, LLP |
| Address | 2040 Main Street, 14th Floor |
| City, State, Zip | Irvine, CA 92614 |
| Telephone Number | (949) 760-0404 |
| Fax Number | (949) 760-9502 |
| E-Mail Address | sheila.swaroop@knobbe.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields